FILED
CLERK, U.S. DISTRICT COURT

JUL 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION DOUGLAS FORD, | NO. CV 08-4304-CAS(E) |
| Petitioner, | |
| v. | ORDER DENYING AND DISMISSING |
| WARDEN, | PETITION WITHOUT PREJUDICE |
| Respondent. | |

On June 30, 2008, Dion Douglas Ford, a California state prisoner, filed a letter addressed to "Clerk or Magistrate" ("the Petition"). The Petition apparently requests an unspecified extension of the one-year period of limitations prescribed in section 2244 of Title 28 U.S.C., as amended by the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"). For the reasons discussed herein, the Petition is denied and dismissed without prejudice.

The Petition appears to seek a court ruling, by extension of the AEDPA statute of limitations or otherwise, that the statute will not bar Petitioner's anticipated, but not yet filed, federal habeas

1  petition.  The Constitution's "case or controversy" jurisdictional
2  requirement precludes the granting of such an advisory opinion.  In
3  re Watson, 1997 WL 487431 *1 (N.D. Cal. Aug.6, 1997) (denying without
4  prejudice a state prisoner's request for an extension of the AEDPA
5  statute of limitations where the prisoner had not yet filed a federal
6  habeas petition); accord Corcoran v. Tilton, 2008 WL 816682 (C.D.
7  Cal. Mar. 25, 2008) (same); see United States v. Leon, 203 F.3d 162,
8  163-64 (2nd Cir. 2000) (federal court lacks jurisdiction to consider
9  request to extend the time to file a motion under 28 U.S.C. section
10 2255); United States v. Polanco, 1999 WL 328352 *2 (S.D.N.Y. May 21,
11 1999) (same); United States v. Agnes, 1997 WL 763025 *1-2 (E.D. Pa.
12 Dec. 9, 1997) (same); see also Calderon v. Ashmus, 523 U.S. 740, 746-
13 49 (1998) (no "case or controversy" where prisoners sought
14 declaratory relief to determine the time limits that would govern
15 future habeas actions); United States v. Cook, 795 F.2d 987, 994
16 (Fed. Cir. 1986) (District Court erred by tolling statute of
17 limitations in advance of the filing of potentially untimely claims).
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1     For all of the foregoing reasons, the Petition is denied and
2 dismissed without prejudice.

4     LET JUDGMENT BE ENTERED ACCORDINGLY.

6     DATED: _____ July 7 _____, 2008.

9     _____
10     CHRISTINA A. SNYDER
    UNITED STATES DISTRICT JUDGE

14 PRESENTED this 2nd day of
15 July, 2008, by:

17 _____
    CHARLES F. EICK
18 UNITED STATES MAGISTRATE JUDGE

3