FILED
CLERK, U.S. DISTRICT COURT

JUL 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION DOUGLAS FORD, | NO. CV 08-4304-CAS(E) |
| Petitioner, | |
| v. | JUDGMENT |
| WARDEN, | |
| Respondent. | |

Pursuant to the "Order Denying and Dismissing Petition Without Prejudice," the Petition is denied and dismissed without prejudice.

DATED: _____July 7_____, 2008.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE